UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-cr-123-012 |
| v. ) | |
| ) | COLLIER / LEE |
| DIANA SUMMER SCOTT ) | |
| ) | |

REPORT AND RECOMMENDATION

Defendant DIANA SUMMER SCOTT's motion for a psychiatric/psychological evaluation was granted by the Court [Doc. 122]. After completion of the forensic evaluation, a report regarding the evaluation of Defendant was received by the Court. The findings set forth in the report regarding competency are that Defendant is not suffering from a mental disorder or defect rendering her mentally incompetent to the extent she is unable to understand the nature and consequences of the proceedings filed against her or assist her attorney in her defense, and that she is competent to proceed with the judicial process. The findings regarding sanity are that Defendant was sane at the time of the alleged offense, and she did not suffer from a mental illness that interfered with her ability to appreciate the nature and quality or wrongfulness of her actions. Subsequently, Defendant filed a Waiver of Competency Hearing pursuant to 18 U.S.C. § 4247(d) [Doc. 317].

On the basis of the waiver and the evaluation, I **RECOMMEND** that Defendant be found competent to understand the nature and consequences of the proceedings against her, able to assist in her defense, and competent to stand trial.

SO ORDERED:

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE